# FILED

04/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0055



## IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Case No. DA 20-0055

| | |
|---|---|
| RYAN JONES,<br><br>    Appellant/Plaintiff<br><br>vs.<br><br>MONTANA STATE UNIVERSITY,<br>a Unit of the Montana University<br>System & Subdivision of the State of<br>Montana,<br><br>    Appellee/Defendant. | **ORDER GRANTING<br>SECOND EXTENSION OF TIME<br>TO FILE OPENING BRIEF** |

Appellant/Plaintiff Ryan Jones has moved the Court, pursuant to Mont. R. App. P. 26(2), for a second 30-day extension from April 10, 2020, up to and including May 11, 2020, in which to file his opening brief in this matter. It is supported by the affidavit of counsel. Appellee, Montana State University, does not oppose the motion.

Pursuant to the authority granted under Mont. R. App. P. 26(1), and good cause having been shown, Appellant, Ryan Jones, is given an extension of time up to and including May 11, 2020, to file his opening brief.

DATED this_____day of April, 2020.

_____
Supreme Court Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 6 2020